affirmed, with costs. All concur. (The judgment is for plaintiff in an action for a declaratory judgment seeking to bind defendant individually and as administrator by the terms of an amendment to plaintiff's certificate of incorporation.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ELLEN M. BERNER, an Infant, by THEOPHILUS H. BERNER, Her Guardian ad Litem, Respondent, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, NORTH TONAWANDA, NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur, except Crosby, P. J., and Taylor, J., who dissent and vote for reversal and for dismissal of the complaint on the ground that no actionable negligence of defendant is shown. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff by reason of having been struck in the face by a ball thrown by a student in the hall of a school. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THEOPHILUS H. BERNER, Respondent, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, NORTH TONAWANDA, NEW YORK, Appellant.— Same decision and like cause of action as in companion case of *Berner, an infant, etc.*, v. *Board of Education, Union Free School District No. 1, North Tonawanda, New York* (ante, p. 885). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HAROLD S. CLARK, Respondent, v. GEORGE A. REYNOLDS, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur. (The judgment is for plaintiff in an action to recover commissions for sale of stock.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL V. CAREY, Appellant, v. WILLIAM H. HUNT, Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

FRANCIS STEFANIAK, Appellant, v. KOLIPINSKI BROTHERS, INC., and LEON KOLIPINSKI, Respondents.— Order affirmed, without costs of this appeal to any party. Memorandum: On the record before us, without the aid of the oral explanation of the parties, we are unable to determine whether plaintiff's account is or is not correct but we affirm the order in the interest of justice. All concur. (The order grants defendants' motion for a new trial on the ground of newly-discovered evidence in an action to recover for services performed.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THOMAS GATZ and MABEL E. G. GATZ, Respondents, v. JOSEPH McGURN, Appellant. — Judgment and orders affirmed, with costs. All concur. (The judgment of Monroe County Court reverses a judgment of Rochester City Court, Civil Branch, in favor of defendant and grants a new trial, in an action to recover amount due for rentals. One order is the order of reversal and one order denies a motion for a reargument.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of MOSES E. CANTOR, an Attorney and Counselor at Law, Respondent.— Order of disbarment entered. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.